United States District Court
Southern District of Texas
**ENTERED**
August 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LIQUIDPOWER SPECIALTY PRODUCTS | § § | |
| VS | § § | CIVIL ACTION NO. H:15cv2915 |
| BAKER HUGHES, a GE COMPANY, LLC | § | |

## ORDER ADOPTING MEMORANDUM AND ORDER

Pending before the Court in the above referenced proceeding is Plaintiff's Motion for Summary Judgment (Doc. No. 235), and Judge Sheldon's Memorandum and Recommendation (Doc. No. 312) that the Court deny without prejudice Plaintiff's Motion for Summary Judgment. The parties did not file objections to the to the Memorandum and Recommendation and the time for doing so has passed.

Upon review, the Court agrees with the Magistrate Judge Sheldon's conclusion that it is probable that further discovery will be necessary for Plaintiff's sham litigation claims. Accordingly, it is hereby

**ORDERED** that the Memorandum and Recommendation (Doc. No. 312) is **ADOPTED** and Plaintiff's Motion for Summary Judgment (Doc. No. 235) is **DENIED** without prejudice.

SIGNED this 25th day of August 2023.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE