Case 4:15-cv-02915   Document 478   Filed on 12/07/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 09, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LIQUIDPOWER SPECIALTY PRODUCTS | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H: 15-2915 |
| | § | |
| BAKER HUGHES, a GE COMPANY, LLC | § | |

### ORDER OF DISMISSAL

In accordance with Stipulation of Dismissal with Prejudice filed on December 6, 2024 (Doc. No. 477), this case is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

SIGNED this 7th day of December 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE